United States Courts
Southern District of Texas
FILED

*September 28, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) FOR USERNAME ) <br> courtneys.design FACEBOOK ACCOUNT ) <br> RECORDS, NO CONTENT ) <br> ) | NO. **4:22-mj-2311** |

## APPLICATION OF THE UNITED STATES
## FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(c) and (d)

The United States of America, moving by and through Jay Hileman, its undersigned counsel, respectfully submits under seal this *ex parte* application for an Order pursuant to 18 U.S.C. § 2703(c) and (d). The proposed Order would require Meta Platforms, Inc., doing business as Facebook ("Provider"), an Internet service provider, located in Menlo Park, California, to disclose certain records and other information pertaining to the Facebook account with the username of "courtneys.design" ("Account"). In support of this application, the United States asserts:

## LEGAL BACKGROUND

1. Provider is an electronic communications service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Accordingly, the government may use a court Order issued under § 2703(c) and (d) to require the Provider to disclose the following records and other information about the customers or subscribers of the Account:

    1.    Names (including subscriber names, user names, and screen names);

2.      Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3.      "Friend requests", either accepted or requested by the courtneys.design account;

4.      Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5.      Length of service (including start date) and types of service utilized;

6.      Means and source of payment for such service (including any credit card or bank account number) and billing records;

2.      This Court has jurisdiction to issue the proposed Order because it is "a court of competent jurisdiction," as defined in 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(d). Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

A court Order under § 2703(d) "shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought, are relevant and material to an ongoing criminal investigation." 18 U.S.C. § 2703(d). Accordingly, the next section of this application sets forth specific and articulable facts showing that there are reasonable grounds to believe that the records and other information described above are relevant and material to an ongoing criminal investigation.

<u>THE RELEVANT FACTS</u>

3.      The United States is investigating theft of mail, money laundering and bank fraud

relating to checks stolen from the mail. Three individuals have been arrested and are charged with these crimes with cases pending before the Honorable Judge Lynn N. Hughes in case number H-22- 288.

A River Oaks couple expected to receive an IRS refund of $2,932,446.84. They never received it because it was stolen from the U.S. Mail. Kuljinder Hunjan and an unknown female used fake IDs with the victims' names, DOBs and social security numbers to open accounts at a Regions Bank branch in Houston, Texas on various dates in January of this year. On January 10,2022, they opened the account ending in 4761. On January 18th, they deposited the victims' refund check into the 4761 account. Good quality video is available for the account openings and check deposit but the suspects wore COVID masks. Facial recognition identified Hunjander as the male suspect. His dl photo was obtained and it appeared to confirm. When Kuljinder Hunjan was arrested he told investigators that he received the counterfeit check that he deposited from Benjamin Thomas. Hunjan's fingerprints were found on the check. Postal worker Courtney Smith's fingerprints were also found on the check. She is a letter carrier assigned to the victims' address. Her fingerprints were found on the check that was inside an envelope. On April 13th Benjamin Thomas was arrested in Houston driving a stolen Lamborghini. He possessed two debit cards relating to fraudulently created accounts that were used to receive the proceeds of the refund check. He also had an ATM receipt showing a withdrawal of $800 from the 4761 account that received the check. On July 20, 2022, a public search was made for Facebook accounts in the names of Benjamin Thomas and Courtney Smith was conducted. Accounts were located in both names with photographs of the accountholders that strongly resembled Smith and Thomas. Smith's account username is courtneys.design. Thomas's account user number is

100021443048264.  The public search of these two Facebook accounts showed that Thomas and Smith are "Facebook friends".

## REQUEST FOR ORDER

4.  The facts set forth in the previous section show that there are reasonable grounds to believe that the records and other information described above are relevant and material to an ongoing criminal investigation. Specifically, these items will help the United States prove that the Courtney Smith and Benjamin Thomas charged in the indictment are the same two people who are Friends on Facebook. Accordingly, the United States requests that Provider be directed to produce all items described above to the proposed Order.

5.  There is no need for this request or proposed order to be sealed.  The defendant knows about this aspect of the government's investigation.

Respectfully submitted,

Jennifer B. Lowery
United States Attorney

/s/ Jay Hileman
Jay Hileman
Assistant United States Attorney